JS-6 /ENTER

FILED
CLERK, U.S. DISTRICT COURT
April 29, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESMOND DAVID JOICE, | No. CV 13-04630 (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| BRUNO STOLC, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: April 29, 2014

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

ENTERED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 29 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY